# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MARY KOCH**                                                                                    **PLAINTIFF**

**v.**                              **CASE NO. 4:06cv00660 BSM**

**COMPUCREDIT CORPORATION;**
**JEFFERSON CAPITAL SYSTEMS, LLC;**
**and J A CAMBECE LAW OFFICE P C**                                                **DEFENDANTS**

## ORDER

Defendants' motion to compel arbitration was granted on October 24, 2008. On April 26, 2011, the parties were notified that the case would be dismissed if they failed to file a status report. No such report has been filed and the case is therefore dismissed without prejudice.

IT IS SO ORDERED this 2nd day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE